```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 20-02231-RNO
Thomas Albert Miller, Jr.                                               Chapter 13
                        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0314-5            User: AutoDocke                Page 1 of 3              Date Rcvd: Sep 15, 2020
                                Form ID: ntcnfhrg              Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db              Thomas Albert Miller, Jr.,    98 Dana St,    Forty Fort, PA  18704-4167
5346457         Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5353534        +CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
5346458         Cap1/basspro,    PO Box 30281,    Salt Lake City, UT  84130-0281
5346459         Cap1/cabelas,    4800 NW 1st St,    Lincoln, NE  68521-4463
5352505         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5346464         Capital One/Bass Pro Shops,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
5346465         Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346466         Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346467         Citibank/Goodyear,    Attn: Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
5346468         Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346475         Comenitybank/legndpine,    PO Box 182789,    Columbus, OH  43218-2789
5346479         Comenitycapital/explor,    Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346482         Credit First N A,    PO Box 81315,    Cleveland, OH  44181-0315
5346483         Credit First National Association,    Attn: Bankruptcy,    PO Box 81315,
                 Cleveland, OH  44181-0315
5346486         Department Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Blvd,
                 Mason, OH  45040-8999
5346489         First National Bank of Omaha,    Attn: Bankruptcy,    PO Box 3128,    Omaha, NE  68103-0128
5346490        +Fnb Omaha,    PO Box 3412,    Omaha, NE 68103-0412
5346491         Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346454         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5346494         Macys/dsnb,    PO Box 8218,    Mason, OH  45040-8218
5346453         Miller Thomas Albert Jr,    98 Dana St,    Forty Fort, PA  18704-4167
5348126       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:   First National Bank of Omaha,    1620 Dodge Street, Stop Code 3129,
                 Omaha, Nebraska 68197)
5346497         Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5346498         Sst/medallion,    4315 Pickett Rd,    Saint Joseph, MO  64503-1600
5346499         Staples-C/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346531         Target,    c/o Financial & Retail Srvs Mailstop BT,    PO Box 9475,    Minneapolis, MN  55440-9475
5346532         Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
5346533         Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346534         Victoria Miller,    98 Dana St,    Forty Fort, PA  18704-4167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 20:06:17
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5346455         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16      Ally Financial,
                Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN  55438-0901
5346456         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16      Ally Financial,
                PO Box 380901,    Bloomington, MN  55438-0901
5348361         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16      Ally Financial,
                PO Box 130424,    Roseville, MN  55113-0004
5346463         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:34
                Capital One Bank USA N,    PO Box 85520,    Richmond, VA  23285-5520
5346460         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:07:01      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
5357111         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:07:01
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5346462         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:07:02
                Capital One Bank USA N,    Attn: Gen Correspondence/Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
5346461         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:34
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5346469         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:33      Comenity Bank,
                Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346470         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:33      Comenity Bank/Bon Ton,
                Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346471         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:34      Comenity Bank/Overstock,
                Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346472         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:34
                Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346473         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:34      Comenity Bank/Wayfair,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346474         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:34      Comenity Bkl/Ulta,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346476         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:34      Comenitybank/victoria,
                PO Box 182789,    Columbus, OH  43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

| Record | Transmission | Entity |
|---|---|---|
| 5346477 | E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:35 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 5346478 | E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:35 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 5346480 | E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:35 | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5346481 | E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:35 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5346484 | E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2020 20:06:36 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5346485 | E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2020 20:06:15 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5348685 | E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5346487 | E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5346488 | E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5346492 | E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:22 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5346493 | E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:22 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5346495 | E-mail/Text: cathy@scratchpay.com Sep 15 2020 20:00:16 | Scratch Fncl, 815 Colorado Blvd, Los Angeles, CA 90041-1720 |
| 5346496 | E-mail/Text: jennifer.chacon@spservicing.com Sep 15 2020 20:01:09 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5346500 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07 | Syncb Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346502 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5346504 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:08 | Syncb/Car Care Summi, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346505 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346516 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5346518 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346501 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5346503 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346506 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:58 | Syncb/ccsumt, C/o, PO Box 965068, Orlando, FL 32896-5068 |
| 5346507 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30 | Syncb/ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 5346508 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:08 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346509 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31 | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346510 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5346511 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5346512 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346513 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:08 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346514 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346515 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346517 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:58 | Syncb/score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 5346519 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 5346574 | +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5346520 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5346521 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346523 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5346522 | E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5346524        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:08      Synchrony Bank/Gap,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346525        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5346526        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31      Synchrony Bank/Old Navy,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346527        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:08      Synchrony Bank/Qvc,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346528        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:58      Synchrony Bank/Sams,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5346529        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09
                Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL  32896-5060
5346530        E-mail/Text: bankruptcysst@alorica.com Sep 15 2020 20:00:15
                Systems & Services Technologies, Inc.,    Attn: Bankruptcy,    4315 Pickett Rd,
                Saint Joseph, MO  64503-1600
5353956       +E-mail/Text: bncmail@w-legal.com Sep 15 2020 20:00:51      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5351272        E-mail/Text: jennifer.chacon@spservicing.com Sep 15 2020 20:01:09
                Wells Fargo Bank, N.A., as Trustee, et al,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
5346535        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:12
                World's Foremost Bank,    Attn: Bankruptcy,    4800 NW 1st St,    Lincoln, NE  68521-4463
                                                                                             TOTAL: 64

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, for Park Place
               Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3
               bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Paul Provinzano    on behalf of Debtor 1 Thomas Albert Miller, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Thomas Albert Miller Jr., <br> aka Thomas A. Miller Jr., aka Thomas A. Miller, aka Thomas Miller Jr., aka Thomas Miller, aka Thomas Albert Miller, | Chapter 13 <br><br> Case No. 5:20−bk−02231−RNO |
| **Debtor 1** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 28, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: November 4, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 15, 2020 |

ntcnfhrg (03/18)