In re:   Case No. 20-02231-RNO
Thomas Albert Miller, Jr.   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke         Page 1 of 3              Date Rcvd: Sep 15, 2020
                            Form ID: pdf002         Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
```
db              Thomas Albert Miller, Jr.,    98 Dana St,    Forty Fort, PA  18704-4167
5346457         Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5353534        +CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
5346458         Cap1/basspro,    PO Box 30281,    Salt Lake City, UT  84130-0281
5346459         Cap1/cabelas,    4800 NW 1st St,    Lincoln, NE  68521-4463
5352505         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5346464         Capital One/Bass Pro Shops,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
5346465         Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346466         Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346467         Citibank/Goodyear,    Attn: Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
5346468         Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5346475         Comenitybank/legndpine,    PO Box 182789,    Columbus, OH  43218-2789
5346479         Comenitycapital/explor,    Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346482         Credit First N A,    PO Box 81315,    Cleveland, OH  44181-0315
5346483         Credit First National Association,    Attn: Bankruptcy,    PO Box 81315,
                 Cleveland, OH  44181-0315
5346486         Department Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Blvd,
                 Mason, OH  45040-8999
5346489         First National Bank of Omaha,    Attn: Bankruptcy,    PO Box 3128,    Omaha, NE  68103-0128
5346490        +Fnb Omaha,    PO Box 3412,    Omaha, NE 68103-0412
5346491         Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346454         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5346494         Macys/dsnb,    PO Box 8218,    Mason, OH  45040-8218
5346453         Miller Thomas Albert Jr,    98 Dana St,    Forty Fort, PA  18704-4167
5348126       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:  First National Bank of Omaha,     1620 Dodge Street, Stop Code 3129,
                 Omaha, Nebraska 68197)
5346497         Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5346498         Sst/medallion,    4315 Pickett Rd,    Saint Joseph, MO  64503-1600
5346499         Staples-C/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346531         Target,    c/o Financial & Retail Srvs Mailstop BT,    PO Box 9475,    Minneapolis, MN  55440-9475
5346532         Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
5346533         Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5346534         Victoria Miller,    98 Dana St,    Forty Fort, PA  18704-4167
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 20:06:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5346455         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16     Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN  55438-0901
5346456         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16     Ally Financial,
                 PO Box 380901,    Bloomington, MN  55438-0901
5348361         E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2020 20:00:16     Ally Financial,
                 PO Box 130424,    Roseville, MN  55113-0004
5346463         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:07:01
                 Capital One Bank USA N,    PO Box 85520,    Richmond, VA  23285-5520
5346460         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:11     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
5357111         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:11
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5346462         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:34
                 Capital One Bank USA N,    Attn: Gen Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
5346461         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:07:01
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5346469         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:31     Comenity Bank,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346470         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:31     Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346471         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:31     Comenity Bank/Overstock,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346472         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:31
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
5346473         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32     Comenity Bank/Wayfair,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346474         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32     Comenity Bkl/Ulta,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
5346476         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32     Comenitybank/victoria,
                 PO Box 182789,    Columbus, OH  43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5346477        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32      Comenitybank/wayfair,
               PO Box 182789,   Columbus, OH  43218-2789
5346478        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32      Comenitybk/bonton,
               PO Box 182789,   Columbus, OH  43218-2789
5346480        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:32      Comenitycb/overstock,
               PO Box 182120,   Columbus, OH  43218-2120
5346481        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2020 20:00:33      Comenitycb/ulta,
               PO Box 182120,   Columbus, OH  43218-2120
5346484        E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2020 20:06:16      Credit One Bank,
               Attn: Bankruptcy Department,   PO Box 98873,   Las Vegas, NV  89193-8873
5346485        E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2020 20:06:37      Credit One Bank NA,
               PO Box 98872,   Las Vegas, NV  89193-8872
5348685        E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20      Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5346487        E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20      Discover Fin Svcs LLC,
               PO Box 15316,   Wilmington, DE  19850-5316
5346488        E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20      Discover Financial,
               Attn: Bankruptcy,   PO Box 3025,   New Albany, OH  43054-3025
5346492        E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:21      Kohls/Capital One,
               Attn: Credit Administrator,   PO Box 3043,   Milwaukee, WI  53201-3043
5346493        E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:21      Kohls/capone,
               PO Box 3115,   Milwaukee, WI  53201-3115
5346495        E-mail/Text: cathy@scratchpay.com Sep 15 2020 20:00:16      Scratch Fncl,   815 Colorado Blvd,
               Los Angeles, CA  90041-1720
5346496        E-mail/Text: jennifer.chacon@spservicing.com Sep 15 2020 20:01:09
               Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   PO Box 65250,
               Salt Lake City, UT  84165-0250
5346500        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:06      Syncb Bank/American Eagle,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
5346502        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07      Syncb/Amer Eagle,   PO Box 965005,
               Orlando, FL  32896-5005
5346504        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:29      Syncb/Car Care Summi,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
5346505        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:29      Syncb/Care Credit,   C/o,
               PO Box 965036,   Orlando, FL  32896-5036
5346516        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:55      Syncb/Sams Club,   PO Box 965005,
               Orlando, FL  32896-5005
5346518        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:56      Syncb/Toys R US,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
5346501        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:33      Syncb/amazon,   PO Box 965015,
               Orlando, FL  32896-5015
5346503        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:55      Syncb/ashley Homestore,   C/o,
               PO Box 965036,   Orlando, FL  32896-5036
5346506        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:56      Syncb/ccsumt,   C/o,
               PO Box 965068,   Orlando, FL  32896-5068
5346507        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:56      Syncb/ebay,   PO Box 965013,
               Orlando, FL  32896-5013
5346508        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31      Syncb/ebay,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL  32896-5060
5346509        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57      Syncb/hhgreg,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL  32896-5060
5346510        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07      Syncb/jcp,   PO Box 965007,
               Orlando, FL  32896-5007
5346511        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31      Syncb/lowes,   PO Box 956005,
               Orlando, FL  32801
5346512        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:33      Syncb/netwrk,   C/o,
               PO Box 965036,   Orlando, FL  32896-5036
5346513        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31      Syncb/oldnavydc,   PO Box 965005,
               Orlando, FL  32896-5005
5346514        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09      Syncb/ppmc,   PO Box 965005,
               Orlando, FL  32896-5005
5346515        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57      Syncb/qvc,   PO Box 965005,
               Orlando, FL  32896-5005
5346517        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:31      Syncb/score Rewards,
               PO Box 965005,   Orlando, FL  32896-5005
5346519        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07      Syncb/toysrus,   PO Box 965005,
               Orlando, FL  32896-5005
5346574       +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:09      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5346520        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:06      Synchrony Bank/ Jc Penneys,
               Attn: Bankruptcy,   PO Box 965064,   Orlando, FL  32896-5064
5346521        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:29      Synchrony Bank/Amazon,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
5346523        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:29      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
5346522        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:29      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,   PO Box 965064,   Orlando, FL  32896-5064
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5346524        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30      Synchrony Bank/Gap,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346525        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:56      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5346526        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:57      Synchrony Bank/Old Navy,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346527        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:30      Synchrony Bank/Qvc,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5346528        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:07      Synchrony Bank/Sams,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5346529        E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:56
                Synchrony/Ashley Furniture Homestore,     Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL  32896-5060
5346530        E-mail/Text: bankruptcysst@alorica.com Sep 15 2020 20:00:15
                Systems & Services Technologies, Inc.,     Attn: Bankruptcy,    4315 Pickett Rd,
                Saint Joseph, MO  64503-1600
5353956       +E-mail/Text: bncmail@w-legal.com Sep 15 2020 20:00:51      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
5351272        E-mail/Text: jennifer.chacon@spservicing.com Sep 15 2020 20:01:09
                Wells Fargo Bank, N.A., as Trustee, et al,     c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
5346535        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2020 20:06:34
                World's Foremost Bank,    Attn: Bankruptcy,    4800 NW 1st St,    Lincoln, NE  68521-4463
                                                                                               TOTAL: 64

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, for Park Place
                Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3
                bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Paul Provinzano    on behalf of Debtor 1 Thomas Albert Miller, Jr. MyLawyer@JPPLaw.com,
                G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

Rev. 12/01/19

# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Thomas Albert Miller, Jr. | CHAPTER 13<br><br>CASE NO. 5:20-bk-02231-RNO<br><br>___ ORIGINAL PLAN<br>_1st_ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)<br><br>___ Number of Motions to Avoid Liens<br>___ Number of Motions to Value Collateral |
|---|---|

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | X Included | Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | Included | X Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | Included | X Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is     $7,848.00     plus other payments and property stated in § 1B below:

    | Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
    |---|---|---|---|---|---|
    | 08/2020 | 07/2023 | $218.00 | $0.00 | $218.00 | $7,848.00 |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  | Total Payments: | $7,848.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE:   (X) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

        (  ) Debtor is over median income. Debtor estimates that a minimum of $ _____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

Case 5:20-bk-02231-RNO   Doc 18   Filed 09/17/20   Entered 09/18/20 00:34:36   Desc
Imaged Certificate of Notice   Page 5 of 15

B. **Additional Plan Funding From Liquidation of Assets/Other**

  1. The Debtor estimates that the liquidation value of this estate is $_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

 X  No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

 ___  Certain assets will be liquidated as follows:

  2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____ _____. All sales shall be completed by _____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

  3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____ _____

**2. SECURED CLAIMS.**

  A. **Pre-Confirmation Distributions.** *Check one.*

 X  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

 ___  Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

3

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

_X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Select Portfolio Servicing, Inc | 98 Dana Street<br>Fort Fort, PA 18704 |  |
| Ally Financial | 2013 Toyota RAV4 |  |
| Systems & Services Tech | 2012 Tracker Marine Group |  |

4

Rev. 12/01/19

C. **<u>Arrears (Including, but not limited to, claims secured by Debtor's principal residence)</u>.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

_X_ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Postpetition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Select Portfolio Servicing | 98 Dana Street Forty Fort, PA 18704 | $2,714.24 | $0.00 | $2,714.24 |
|  |  |  |  |  |
|  |  |  |  |  |

D. **<u>Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)</u>**

_X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

___ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

Case 5:20-bk-02231-RNO    Doc 18    Filed 09/17/20    Entered 09/18/20 00:34:36    Desc
Imaged Certificate of Notice    Page 8 of 15

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*

<u>X</u>  None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.* Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

F. **Surrender of Collateral.** *Check one.*

<u> X </u>   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

<u>___</u>   The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
|  |  |
|  |  |
|  |  |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

<u> X </u>   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

7

___ The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | | | |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | | | |
| Description of the liened property | | | |
| Liened Asset Value | | | |
| Sum of Senior Liens | | | |
| Exemption Claimed | | | |
| Amount of Lien | | | |
| Amount Avoided | | | |

**3. PRIORITY CLAIMS.**

   **A. <u>Administrative Claims</u>**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of $ 0.00 already paid by the Debtor, the amount of $ 4,375.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      X   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

      ___ The following administrative claims will be paid in full.

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |
| | |

B. **Priority Claims (including, certain Domestic Support Obligations**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |
| | |
| | |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines*.

  X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

  ___  The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4))*.

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |

9

**4. UNSECURED CLAIMS**

 A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u> *Check one of the following two lines.*

  _X_ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

  ___ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| **Name of Creditor** | **Reason for Special Classification** | **Estimated Amount of Claim** | **Interest Rate** | **Estimated Total Payment** |
|---|---|---|---|---|
|  |  |  |  |  |

 B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

  _X_ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

  ___ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| **Name of Other Party** | **Description of Contract or Lease** | **Monthly Payment** | **Interest Rate** | **Estimated Arrears** | **Total Plan Payment** | **Assume or Reject** |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

10

Rev. 12/01/19

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

 X  plan confirmation.
___ entry of discharge.
___ closing of case.


**7. DISCHARGE: (Check one)**

(X ) The debtor will seek a discharge pursuant to § 1328(a).
(  ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.




Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

11

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

In the event that Debtor's non-filing spouse becomes gainfully employed or in the event that she begins to earn income from any soursse, Debtor shall immediately inform Counsel and Counsel shall made the appropriate amendments to include said income.

Dated: 08/12/2020               /s/ Jason P. Provinzano, Esquire
                                 Attorney for Debtor


                                /s/ Thomas Albert Miller, Jr.
                                Debtor


                                _____
                                Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

12