United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                        Case No. 20-02231-HWV
Thomas Albert Miller, Jr.                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                  User: AutoDocke                  Page 1 of 1
Date Rcvd: May 17, 2021           Form ID: pdf010               Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

**Recip ID**           **Recipient Name and Address**
                        Vicki Ann Novak, 98 Dana Street, Forty Fort, PA 18704-4167

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021                          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                              on behalf of Creditor Wells Fargo Bank N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3 bnicholas@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
                              TWecf@pamd13trustee.com

Jason Paul Provinzano
                              on behalf of Debtor 1 Thomas Albert Miller Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com

Regina Cohen
                              on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
                              ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 5-20-02231(HWV) |
| THOMAS ALBERT MILLER, JR. | |
| Debtor(s) | CHAPTER 13 |
| And | |
| VICKI ANN NOVAK | |
| Co-Debtor | |
| ALLY FINANCIAL INC. | |
| Movant(s) | |
| THOMAS ALBERT MILLER, JR. | |
| CHARLES J. DEHART, III, Trustee | MOTION FOR RELIEF FROM THE |
| Respondent(s) | AUTOMATIC STAY |

### ORDER GRANTING ALLY FINANCIAL INC. RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Toyota RAV4, VIN: JTMRFREV9D5022358 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

FURTHER ORDERED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such Vehicle; and it is further

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Vicki Ann Novak.

Dated: May 17, 2021    By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)