In re:  Case No. 20-02231-MJC
Thomas Albert Miller, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 6
Date Rcvd: Aug 27, 2025     Form ID: 3180W     Total Noticed: 101

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Thomas Albert Miller, Jr., 98 Dana St, Forty Fort, PA 18704-4167 |
| 5346453 | Miller Thomas Albert Jr, 98 Dana St, Forty Fort, PA 18704-4167 |
| 5346534 | Victoria Miller, 98 Dana St, Forty Fort, PA 18704-4167 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 27 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5346455 | | EDI: GMACFS.COM | Aug 27 2025 22:39:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5348361 | | EDI: GMACFS.COM | Aug 27 2025 22:39:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5346456 | | EDI: GMACFS.COM | Aug 27 2025 22:39:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5346457 | | EDI: CITICORP | Aug 27 2025 22:39:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5346463 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Capital One Bank USA N, PO Box 85520, Richmond, VA 23285-5520 |
| 5353534 | + | EDI: CRFRSTNA.COM | Aug 27 2025 22:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5346458 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Cap1/basspro, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5346459 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Cap1/cabelas, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 5346460 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5357111 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5346461 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5346462 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Capital One Bank USA N, Attn: Gen Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5352505 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 18:49:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5346464 | | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| | | Aug 27 2025 22:39:00 | Capital One/Bass Pro Shops, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5346465 | EDI: CITICORP | Aug 27 2025 22:39:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5346466 | EDI: CITICORP | Aug 27 2025 22:39:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5346467 | EDI: CITICORP | Aug 27 2025 22:39:00 | Citibank/Goodyear, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5346468 | EDI: CITICORP | Aug 27 2025 22:39:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5346469 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5346470 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5346471 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5346472 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5346473 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5346474 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5346475 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitybank/legndpine, PO Box 182789, Columbus, OH 43218-2789 |
| 5346476 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5346477 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 5346478 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 5346479 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitycapital/explor, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5346480 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5346481 | EDI: WFNNB.COM | Aug 27 2025 22:39:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5346482 | EDI: CRFRSTNA.COM | Aug 27 2025 22:39:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 5346483 | EDI: CRFRSTNA.COM | Aug 27 2025 22:39:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5346484 | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 18:48:55 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5346485 | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 18:48:55 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5346486 | EDI: CITICORP | Aug 27 2025 22:39:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5346494 | EDI: CITICORP | Aug 27 2025 22:39:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5359302 | EDI: Q3G.COM | Aug 27 2025 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5348685 | EDI: DISCOVER | Aug 27 2025 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5346487 | EDI: DISCOVER | Aug 27 2025 22:39:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5346488 | EDI: DISCOVER | Aug 27 2025 22:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5348126 | Email/Text: collecadminbankruptcy@fnni.com | Aug 27 2025 18:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5346489 | Email/Text: collecadminbankruptcy@fnni.com | Aug 27 2025 18:37:00 | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5346490 | Email/Text: collecadminbankruptcy@fnni.com | Aug 27 2025 18:37:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103 |
| 5346491 | EDI: CITICORP | Aug 27 2025 22:39:00 | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5346492 | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5346493 | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5361308 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 18:49:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5346454 | Email/Text: mylawyer@jpplaw.com | Aug 27 2025 18:37:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5363551 | + Email/Text: SSTBKNotices@nationalbankruptcy.com | Aug 27 2025 18:37:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 5361142 | EDI: PRA.COM | Aug 27 2025 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5360723 | EDI: Q3G.COM | Aug 27 2025 22:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5360667 | EDI: Q3G.COM | Aug 27 2025 22:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5346495 | + Email/Text: cathy@scratchpay.com | Aug 27 2025 18:37:00 | Scratch Fncl, 815 Colorado Blvd, Los Angeles, CA 90041-1703 |
| 5346496 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 18:37:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5346497 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 18:37:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5346498 | ^ MEBN | Aug 27 2025 18:36:28 | Sst/medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5346499 | EDI: CITICORP | Aug 27 2025 22:39:00 | Staples-C/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5346500 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346502 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5346504 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/Car Care Summi, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346505 | EDI: SYNC | | |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| 5346516 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346518 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5346501 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346503 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5346506 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346507 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/ccsumt, C/o, PO Box 965068, Orlando, FL 32896-5068 |
| 5346508 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 5346509 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346510 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346511 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5346512 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5346513 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5346514 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346515 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346517 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 5346519 | EDI: SYNC | Aug 27 2025 22:39:00 | Syncb/score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 5346574 | ^ MEBN | Aug 27 2025 22:39:00 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 5346520 | EDI: SYNC | Aug 27 2025 18:36:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5346521 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5346523 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346522 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5346524 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5346525 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5346526 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346527 | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5346528 | | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Qvc, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5346529 | | EDI: SYNC | Aug 27 2025 22:39:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5346530 | | Email/Text: bankruptcysst@alorica.com | Aug 27 2025 22:39:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5353956 | + | Email/Text: bncmail@w-legal.com | Aug 27 2025 18:37:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5346531 | | EDI: WTRRNBANK.COM | Aug 27 2025 18:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5346532 | | EDI: WTRRNBANK.COM | Aug 27 2025 22:39:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5346533 | | EDI: CITICORP | Aug 27 2025 22:39:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5359299 | | EDI: AIS.COM | Aug 27 2025 22:39:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5351272 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2025 22:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| | | | Aug 27 2025 18:37:00 | Wells Fargo Bank, N.A., as Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5346535 | | EDI: CAPITALONE.COM | Aug 27 2025 22:39:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |

TOTAL: 98

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

Denise E. Carlon
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Jason Paul Provinzano
    on behalf of Debtor 1 Thomas Albert Miller  Jr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Regina Cohen
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas Albert Miller Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5346<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02231–MJC | |

# Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Thomas Albert Miller Jr.
    aka Thomas A. Miller Jr., aka Thomas A. Miller,
    aka Thomas Miller Jr., aka Thomas Miller, aka
    Thomas Albert Miller

**By the court:** _[signature]_

8/27/25

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2

Case 5:20-bk-02231-MJC    Doc 46    Filed 08/29/25    Entered 08/30/25 00:28:48    Desc
Imaged Certificate of Notice    Page 9 of 9