Fill in this information to identify the case:

Debtor 1  Thomas Albert Miller, Jr.
          aka Thomas A. Miller, aka Thomas A. Miller, Jr.
          aka Thomas Miller, Jr., aka Thomas Albert Miller
          aka Thomas Miller

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                         (State)
Case number 5:20-bk-02231-MJC

# Form 4100R
# Response to Notice of Final Cure                                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |

**Name of creditor:** WELLS FARGO BANK, N.A., AS TRUSTEE, FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW3

**Court claim no.** (if known): 4-2

Last 4 digits of any number you use to identify the debtor's account: 8643

**Property address:**   98 DANA STREET
                        Number      Street

                        FORTY FORT, PA 18704
                        City                    State       ZIP Code

| Part 2: | Prepetition Default Payments |

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $_____

| Part 3: | Postpetition Mortgage |

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   09 / 01 / 2025
                                                              MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                     (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:              + (b) $_____
c. Total. Add lines a and b.                                                    (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                                    MM/  DD/ YYYY

| | |
|---|---|
| Debtor 1 | Thomas Albert Miller, Jr.<br>aka Thomas A. Miller, aka Thomas A. Miller, Jr.<br>aka Thomas Miller, Jr., aka Thomas Albert Miller<br>aka Thomas Miller |

First Name    Middle Name    Last Name

Case number *(if known)*    5:20-bk-02231-MJC

---

**Part 4:    Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

---

**Part 5:    Sign Here**

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Michelle L. McGowan
Signature

Date  9/4/2025

Print    Michelle L. McGowan
First Name    Middle Name    Last Name

Title  Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    13010 Morris Rd., Suite 450
Number    Street

Alpharetta, GA 30004
City    State    ZIP Code

Contact    470-321-7112

Email    mimcgowan@raslg.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Thomas Albert Miller, Jr.
98 Dana St
Forty Fort, PA 18704-4167

*And via electronic mail to:*

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

      By: /s/ *Long-Giang Nguyen*

      Email: petnguyen@raslg.com