Fill in this information to identify the case:

Debtor 1 <u>Thomas A Miller Jr</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>Middle District Of Pennsylvania</u>

Case number <u>20-02231</u>

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3

**Court claim no**. (if known): <u>4</u>

**Last four digits** of any number you use to identify the debtor's account: <u>8643</u>

**Date of payment change:** <u>08/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:** $ <u>946.30</u>
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

    ☐ No

    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    **Current escrow payment:** $<u>168.65</u>   **New escrow payment:** $<u>181.10</u>

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** _____%    **New interest rate:** _____%

    **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

Debtor 1 <u>Thomas A Miller Jr</u>  Case Number (*If known*): 20-02231
     First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz      Date May 03, 2022
  Signature

Print: <u>Rebecca A. Solarz</u>    Title <u>Attorney for Creditor</u>
     First Name  Middle Name  Last Name

Company: <u>KML Law Group, P.C.</u>

Address: <u>701</u>   <u>Market Street, Suite 5000</u>
    Number   Street
<u>Philadelphia,</u>   <u>PA</u>   <u>19106</u>
  City          State   ZIP Code

Contact phone: (215) 627–1322    Email <u>rsolarz@kmllawgroup.com</u>