**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Thomas Albert Miller Jr. aka Thomas A. Miller aka Thomas A. Miller, Jr. aka Thomas Miller, Jr. aka Thomas Albert Miller aka Thomas Miller**<br><br>         **Debtor(s)** | **BK NO. 20-02231 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4-1** |

**Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3**

         **Movant**

**vs.**

**Thomas Albert Miller Jr. aka Thomas A. Miller aka Thomas A. Miller, Jr. aka Thomas Miller, Jr. aka Thomas Albert Miller aka Thomas Miller**

         **Debtor(s)**

**Jack N. Zaharopoulos,**

         **Trustee**

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 3, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thomas Albert Miller Jr. aka Thomas A. Miller aka Thomas A. Miller, Jr. aka Thomas Miller, Jr. aka Thomas Albert Miller aka Thomas Miller
98 Dana Street
Forty Fort, PA 18704-4167

Attorney for Debtor(s)

Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: May 3, 2022

        **/s/Rebecca A. Solarz Esquire**
        Rebecca A. Solarz Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-825-6327
        rsolarz@kmllawgroup.com